**FILED**

Feb 03, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

J. Arteaga #V29993

Name and Prisoner/Booking Number

HiGH, Desert, State, Prison

Place of Confinement

Po-Box 3030, Susanville

Mailing Address

CA, 96127

City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jose Arteaga

(Full Name of Plaintiff)         Plaintiff,

v.

(1) C. Cavanaugh,
(Full Name of Defendant)

(2) et, el.,

(3)

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. ___2:26-cv-0303 EFB (PC)___
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____

2. Institution/city where violation occurred: _____

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _C. Cavanaugh,_ The first Defendant is employed as:
_CORRECTIONAL OFFICER_ at _Sacramento S-P_
(Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____
(Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____
(Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____
(Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☑ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: _Decker. R_ v. _Arteaga. J_
   2. Court and case number: _no 2:25-CV-1303-CSK-P._
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Pending at Court of Sacrament EASTERN DiST. of CA._

b. Second prior lawsuit:
   1. Parties: _Garcia, J_ v. _Arteaga. J_
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Pending EASTERN, DiST, COURT, at FRESNO, CA_

c. Third prior lawsuit:
   1. Parties: _J. Gonzales_ v. _Arteaga. J_
   2. Court and case number: _2:25-CV. 02559J_
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Pending EASTERN. DiST. COURT. Sacramento_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

-2

PREVIOUS LAWSUITS FILED

and Final Results of them.

Have you File any Lawsuits? ☑ Yes. or ☐ no.

(A).

Case, no: 2:21-CV-08827. DDP(KK).    "Results"?

Name: P. Castellanos v. Arteaga    Settled

Court: Central Dist. CA, Court.

(B).

Case, no: 1:25-CV-00357    "Rusults"?

Name: John Doe    Pending

Court: Eastern.Dist: CA. Sacramento

(C).

Case, no. 2:20-CV-00752-WBS-JDP

Name U. West v. Arteaga    "Results"?

Court Eastern Dist. Sacrament    Settled

(D).

Case. No. 2:16-CV-07702-DDP-KK. Settled

Name: R. Harlan.V. Arteaga    "Results"?

Court: Central Dist. CA. Court    ~~Pending~~

(E).

.3

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8Th Amendment Right Violation.

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. "STaMeNTS OF FACTS" PLaiNTiFF JOSe ARTeagA acTing as self advocate (PRO-SE) in This Civil RighTs complainT-42-U.S.C-§1983. AS A currently indigent PRisoNeR Seeks FoR an 'APPRoVal OF iN FoRMa PauPeRis by This HonoRable CouRT TO PROceeD with an acTioN of which WanTs TO DeTeR OFFiceRs MiSconduct of an excessive FoRce by an oFFiceR, which created SeRious inJURY SCRusHiaTiNG Pain PhYsical and PSYCHOLOGiCAL HaRM and DamaGe. On DecembeR 06-2023, aT APPX. 09:34 OF The moRning HOURS, while I was in side a(P·S·U) Adminis-TRaTive SegReGaTion UNiT and PaRTiciPaTing in a RecReaTioNal exceRcise SegRegaTeD cage I obseRved CoRRecTioNal OFFiceR (C/o) and FiRST DeFendanT, WaLkeD TOwaRds MY caGe and ORdeRed Me TO CUFF UP which I DID by TuRNiNG MY Hands and back TOwaRds the cage DooR which DeFendanT(one) MR. CavaNaugh

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). EXTReeM AND SCRUSHiaTiNG Pain due TO Back, Neck, shoulDeRs inJURies, Head-aches, CollaR BoNe Pain Due TO BQD IMPacT sWOLLeNed.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. AdminisTRaTive GRieVanTS ExhausTion IS an AFFiRMaTive DeFense

# 4

**CLAIM #I**

1.  State the constitutional or other federal civil right that was violated: _8 Th_

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☑ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Enadequate Medical care. AFTER The incident injury._

    _please see.. continuence._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☑ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Exhausted Administrative Remedies._

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Placed handcuff on me and escorted me Towards the (A2) Building To its rotunda As soon as we Reached The door The officer pulled me To the Right belieVing that my Leg was Lift To high and without noticed or Waning he used all his Force To Further Grabed me. and slanien me To the concreet Floor extreemly hard and with Un necessary Forced which caused inJury To my neck my head and my shoulders as well as my Top and Lower back, The pain was So intense That I briefly Lost Consriense and made me Feal instantly weak and dizzy. The officers misunderstanding That I was going a different way or Section erroneously Leadhim To used extreem unnecessary Force which I have and continued To suFFer From noumerous pains on my neck and back, as well as shoulders, extreem head aches since I Landed on my head. On This incident I was wearing a Doctor's prescribed Helmet That he previously Prescribed For me To wear For PasT head inJurv, seizures I had, This

05

Should have been a "Red Flag" For the Defendant that he Shouldn'T have Slamend Me head FiRs, while being unabled To used My hands To deTeR The STRong impacT OF MY head down To The ConcReeT, FLOOR To prevenT FuRTher inJuRy, his Care less ATTiTude To creaTe as Much Force To put Me down creaTed SeRious in-Juries. (I RequesTed FoR ALL video Recording FooTggeincidenT To be pRovided including body SuiT CamaRas Available which They Shoutd have as evidence.) To MY body and head ThaT continues To haRM upTo now. AFTeR This incidenT The oFFiceRs in ordeR To CoveRed The inJuRy, I believe maded MY inJyRies woRsT by Them noT caLLing Medical and against My wiLL puLL Me up by The ARMs Continuing being on hand cuFFs and by Forced pushed escoRTingMe back To MY Then ceLL Room. TheiR unpRofessionaLizM To noT aLLowed Me The RequiRed and inTiTle Medical evaluaTion VioLaTe MY RighTs ALSoTo Receive AdequaTe Medical Care when need iT, DefiniTely There was a cLeaR

07

need FOR Medical Care, To Record The injuries, but Their inresponsible actions To pull me up Created additional (I believe) injury (S) due To The incident That exaggerated Force was used against plaintiff, And notallowing FOR PROPER OR adequate Medical attention To Minimized The incident's injuries Violated My Constitutional RightS. As it will be Decided by This honoRable CouRT OR in a TRial by JURY which I'm Requesting.

I declare under The penalty of injury and The Laws of California that The going Forward here is TRue and Correct

02-02-2026
DATE.

Plaintiff
Claimant

8.

## E. REQUEST FOR RELIEF

State the relief you are seeking: AWARD TRIAL BY JURY FOR THIS CASE PLAINTIFF: Jose O. Arteaga, Seeks Respectfully To deter wrong, unfair officer's misconduct that resulted in the clear depravation of plaintiff's constitutional rights and therefore vindication to his right violated which caused serious harm and damaged, which allows a request for monetary in value compensation later decided by the Honorable presiding court as well as punitive and exemplary compensation in dollars monetary value. All court fees shall be also covered by the defendants. Please award summons after declaring plaintiff's rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 - 02 - 2026
                    DATE

_____
SIGNATURE OF PLAINTIFF

None
_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

9

EXHIBIT -A

2 - PageS
GRievant which was
LOG. 489931    "EXHAUSTED".

| **STAFF USE ONLY** | Grievance #: _489931_ | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | |

_This is the process to ask for help with a complaint._

**Claimant Name:** ARTeaga  **CDCR #:** V29998 **Current Housing/Parole Unit:** _____

**Institution/Facility/Parole Region:** EXCESSIVE Used of FORCeD

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint? Unnecessary, excessive Force
- When and where did the complaint occur? Against me by
- Who was involved? CDC-602-C/o Cuningham.
- Which specific people can support your complaint? also-by M.
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint? also-by
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned. Desieving
- What specific action would resolve your complaint?

On December 06-2023, on my way Back From (R.S.U) Yard, OFFicer Cunnihar (or to that effect) His a Regular officer Here which I have previously Filed (2) CDCR 602-S in the past. Used excessive unnece ssary Forced against Grievant in Retallia Tion. While he was scortting me he slamm end me with all his Force, wantonly and Maliciously head First to the concra T Floor, my head hit the Floor First with a big impact bending my neck, I have now really Bad injury in my neck, collar Bones are popping out painfully. I havent being given adequate Medical healthca Re treatment at all. Not even a collar Bone neck Brace was gilvened more a Symple Tylenol, violating my constitu- Tional and humans Rights. I am in so Much collar Bone, chest Ribs neck and Head pains right now. Unabled to walk, Moved

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

Case 2:26-cv-00303-EFB    Document 1    Filed 02/03/26    Page 12 of 22

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

or sleep due to the pain. This offi cer slammend me head first in an efford to hurt me or Break my neck. after when I was on the floor the officer placed a leg knee on my Back creating aggravated injury.

I request that all video records be review and provided to the investigation including Body cams. and Top Building camaras. the force used by officer cunningham was unnece- ssary, cruel, and premeditaded to create serious Damage, pain, future Damage even death Luckily I had a seizure helmet But even though he new I suffer from possible seizures he should of used discretion, common sence But instead he used forced unprof- fessionally, and cruelty.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____    Date Signed: DEC/6/23

EXHiBiT

"B" "12-pageS

LOG # 071371

IncidenT 12-06-2023

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000071371**

**PAGE:** 31
**PROCESSED:** 01/14/2024 09:49
**REQUESTOR:** Y. Thao

| | | ACTIONS TAKEN | | | |
|---|---|---|---|---|---|
| **DATE/TIME** | **ACTION TYPE** | **STAFF NAME** | **REFERRED TO** | | **ELAPSED DAYS** |
| 12/29/2023 04:39:12 | Notification | Williamson, ███ | Shepherd, ███ | | 23 |
| 12/27/2023 08:01:09 | Incident Commander Reviewed | Stratton, ███ | Williamson, ███ | | 21 |
| 12/16/2023 08:36:54 | Returned to Reviewer | Cavanaugh, ███ | Hord, ███ | | 10 |
| 12/09/2023 18:09:56 | Returned to Reviewer | Abourrabiya, ███ | Hord, ███ | | 3 |
| 12/07/2023 15:00:51 | Returned to Reviewer | Garcia, ███ | Hord, ███ | | 1 |
| 12/07/2023 06:35:59 | Returned to Reviewer | Bartlett, ███ | Hord, ███ | | 1 |
| 12/06/2023 22:30:20 | Returned to Reviewer | Ochoa, ███ | Hord, ███ | | 0 |
| 12/06/2023 17:43:34 | Clarification Requested | Hord, ███ | Cavanaugh, ███ | | 0 |
| 12/06/2023 17:41:07 | Clarification Requested | Hord, ███ | Abourrabiya, ███ | | 0 |
| 12/06/2023 17:38:59 | Clarification Requested | Hord, ███ | Garcia, ███ | | 0 |
| 12/06/2023 17:37:04 | Clarification Requested | Hord, ███ | Bartlett, ███ | | 0 |
| 12/06/2023 17:34:31 | Clarification Requested | Hord, ███ | Ochoa, ███ | | 0 |
| 12/06/2023 09:34:00 | Incident Package Initiated | Hord, ███ | | | 0 |

OFFiceRS inVoLved in This inciden on DeceMBeR/06/2023 with DeFendanT C. Cavanaugh,

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**PAGE:** 29

**INCIDENT LOG NUMBER: 000000000071371**

**PROCESSED:** 01/14/2024  09:49
**REQUESTOR:** Y. Thao

### STAFF NARRATIVE

**STAFF NAME:** Cavanaugh, ███

**CREATED DATE:** 12/06/2023

**NARRATIVE TYPE:** Initial Report

**CREATED TIME:** 15:38:03

### NARRATIVE

On Wednesday, December 6, 2023, at approximately 0934 hours, while performing my duties as A2 floor 2 Officer, I was taking inmate ARTEAGA (V29993, A2-127) positively identified using the Strategic Offender Management System (SOMS) from Individual Exercise Yard (IEY) A-10 back to his assigned house in A2-127. As soon as we entered A2 rotunda ARTEAGA lunged to the left and tried to kick inmate SAAVEDRA (BB2768, A2-102) who was being escorted out to a medical appointment. Due to how fast the attack occurred, I am unable to ascertain if ARTEAGA made contact with SAAVEDRA As soon as ARTEAGA tired to kick. In order to gain compliance with a lawful order and subdue an attack I used immediate force and grabbed ARTEAGA right arm with my left hand and forced ARTEAGA on the ground in a prone position and secured his legs applying downward pressure while Officer R. Zurita maintained ARTEAGA upper body. Due to my focus on subduing ARTEAGA attack I did not see if Officer R. Zurita used force or his hand placement when ARTEAGA was in a prone position. When ARTEAGA was no longer resisting Officer E. Abourrabiya relieved me from the scene. A medical evaluation was conducted on me and their findings were documented on a CDCR 7219. This concludes my involvement in this incident

BWC# 221022

C. Cavanaugh

**DATE:** 12/06/2023

STAFF SIGNATURE

**BADGE #:** 95777

**PERNR:** ███

**NARRATIVE REVIEWED:** Yes

**REVIEWED BY STAFF:** Hord, ███

**REVIEWED DATE:** 12/06/2023

**REVIEWED TIME:** 17:43:34

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000071371**

**PAGE:** 30
**PROCESSED:** 01/14/2024 09:49
**REQUESTOR:** Y. Thao

## STAFF NARRATIVE

**STAFF NAME:** Cavanaugh, ███

**CREATED DATE:** 12/16/2023

**NARRATIVE TYPE:** Supplemental Report

**CREATED TIME:** 08:36:54

### NARRATIVE

In your report, you stated the following, " In order to gain compliance with a lawful order and subdue an attack I used immediate force and grabbed ARTEAGA right arm with my left hand and forced ARTEAGA on the ground in a prone position and secured his legs applying downward pressure while Officer R. Zurita maintained ARTEAGA upper body. Due to my focus on subduing ARTEAGA attack I did not see if Officer R. Zurita used force or his hand placement when ARTEAGA was in a prone position. When ARTEAGA was no longer resisting Officer E. Abourrabiya relieved me from the scene."

Q1: Was your immediate use of force effective?
A1: yes it was effective.
Q2: After ARTEAGA was no longer resisting, did you continue to apply downward pressure on ARTEAGA's legs?
A2: as soon as ARTEAGA was no longer resisting I stopped applying downward pressure.

C. Cavanaugh
_____
STAFF SIGNATURE

**DATE:** 12/19/2023

**BADGE #:** 95777

**PERNR:** ███

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/19/2023

**REVIEWED BY STAFF:** Hord, ███
**REVIEWED TIME:** 12:40:43

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000071371**

**PAGE:** 23
**PROCESSED:** 01/14/2024  09:49
**REQUESTOR:** Y. Thao

## STAFF NARRATIVE

**STAFF NAME:** Martin, ▉
**CREATED DATE:** 12/06/2023

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 22:01:01

### NARRATIVE

On Wednesday, December 6, 2023, at approximately 2027 hours while performing my duties as RH Sergeant 2, I was the camera operator and Sgt. J. Nguyen was the interviewer in a use of force interview with inmate ARTEAGA (V29993, FA2-127L). Prior to the use of force interview, ARTEAGA was medically assessed in the A1 Rotunda and the findings documented on a CDCR 7219. I recorded the use of force video in its entirety and downloaded the video onto two (2) compact disks (CD). I labeled the CDs with my name, date, and badge number. I placed one CD into an evidence envelope, sealed the envelope, and labeled the envelope with my name, date, and badge number. I processed the evidence envelope containing the CD into A Facility Control evidence locker number 3. I gave the second copy to Sgt. Nguyen for the Incident folder.

BWC: 320365

D. Martin
STAFF SIGNATURE

**DATE:** 12/06/2023

**BADGE #:** 91060

**PERNR:** ▉

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/06/2023

**REVIEWED BY STAFF:** Nguyen, ▉
**REVIEWED TIME:** 22:47:52

---

**STAFF NAME:** Seaton, ▉
**CREATED DATE:** 12/06/2023

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 16:16:16

### NARRATIVE

On Wednesday, December 6, 2023, at approximately 0934 hours, while I was performing my duties as A Facility 2 Block Control Booth Officer, I was opening the yard door for an escort entering A2. I then heard a loud noise below me. I looked through the square window paneling and saw an inmate prone out on the ground and two Officers maintaining control of the inmate. I used the institutional radio to call a code 1 response, "Resistive Inmate", in FA2-rotunda. Inmate ARTEAGA CDCR#V29993 was the inmate that was resistive. I identified ARTEAGA via Strategic Offender Management System (SOMS). The Officers involved were Officer C. Cavanaugh and R. Zurita-Alcantar. Due to my vantage point from the control booth looking through the discolored window panels, to the rotunda below me, I could not see if any force was used or the Officers hand position on inmate ARTEAGA. I also couldn't see if ARTEAGA was resisting. Responding staff arrived to A2. The responding staff members, Officer E. Abounrabiya and Officer J Garcia, assisted ARTEAGA to his feet and escorted ARTEAGA back to his assigned cell A2-127 without further incident. This concludes my involvement of this report.

BWC 221020

S. Seaton
STAFF SIGNATURE

**DATE:** 12/06/2023

**BADGE #:** 63110

**PERNR:** ▉

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/06/2023

**REVIEWED BY STAFF:** Hord, ▉
**REVIEWED TIME:** 17:32:30

**CDCR**　　　　　　　　　　　　**INCIDENT REPORT PACKAGE**　　　　　　　　**PAGE:** 24
**REPORT NO. IRTR161 - 12**　　　　　　　　　　　　　　　　　　　　　**PROCESSED:** 01/14/2024 09:49
　　　　　　　　　　　　**INCIDENT LOG NUMBER: 000000000071371**　　**REQUESTOR:** Y. Thao

### STAFF NARRATIVE

---

**STAFF NAME:** Ochoa, ▆　　　　　　　　　　　**NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 12/06/2023　　　　　　　　　**CREATED TIME:** 13:58:27

#### NARRATIVE

On Wednesday December 6, 2023, at approximately 0934 hours, while performing my duties as HCA A 1 Escort RH MH 4 Officer. Officer S. Bartlett and I were escorting inmate Saavedra (BB2768, FA2-102) to building 50 for his scheduled medical appointment. while awaiting the yard door in Facility A2-RHU to open, Officer S. Bartlett and I noticed an incoming escort. Officer S. Bartlett and I stepped inmate Saavedra aside facing away towards the dining hall door with his back to the incoming escort. Officer C. Cavanaugh was escorting the incoming inmate later identified through Strategic Offender Management System (SOMS) as Inmate Arteaga (V29993, FA2-127). As inmate Arteaga was passing by, I observed Arteaga without warning break the escort and attempt to kick inmate Saavedra with his left foot. Due to my focus on inmate Saavedra facing away from the incoming escort, I did not observe inmate Arteaga's foot contact inmate Saavedra. In order to subdue inmate Arteaga's attack, Officer C. Cavanaugh along with nearby responding Officer R. Zurita immediately forced inmate Arteaga to the ground. This produced positive results as inmate Arteaga was no long assaultive once on the ground. Officer R. Zurita maintained control of inmate Arteaga's upper torso and Officer C. Cavanaugh maintained control of inmate Arteaga's legs. Due to my focus on inmate Saavedra and the erratic movement of inmate Arteaga, I was unable to see Officer R. Zurita or Officer C. Cavanaugh's exact hand placement. Officer C. Cavanaugh utilized his institutional radio to request a code 1 response. Once sufficient responding staff arrived, Officer S. Bartlett and I resumed our duties and continued with our escort to building 50 where a 7219 medical evaluation was conducted on inmate Saavedra. This concludes my involvement.

BWC# A Yard Spare 16

E. Ochoa　　　　　　　　　　　　　　　　　　　**DATE:** 12/06/2023
STAFF SIGNATURE

　　　　　　　　　　　　**BADGE #:** 99054　　　　　**PERNR:** ▆▆▆

**NARRATIVE REVIEWED:** Yes　　　　　　　　　**REVIEWED BY STAFF:** Hord, ▆
**REVIEWED DATE:** 12/06/2023　　　　　　　　　**REVIEWED TIME:** 17:34:31

---

**STAFF NAME:** Ochoa, ▆　　　　　　　　　　　**NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 12/06/2023　　　　　　　　　**CREATED TIME:** 22:30:20

#### NARRATIVE

Q1: In your report, you stated the following, "Officer S. Bartlett and I were escorting inmate Saavedra (BB2768, FA2-102) to building 50 for his scheduled medical appointment."

Q1: Please clarify how you positively identified inmate SAAVEDRA?
A1: Inmate SAAVEDRA was positively identified via Strategic Offender Management System and via the Medical/Nursing Master Pass list.

E. Ochoa　　　　　　　　　　　　　　　　　　　**DATE:** 12/06/2023
STAFF SIGNATURE

　　　　　　　　　　　　**BADGE #:** 99054　　　　　**PERNR:** ▆▆▆

**NARRATIVE REVIEWED:** Yes　　　　　　　　　**REVIEWED BY STAFF:** Stratton, ▆▆▆
**REVIEWED DATE:** 12/07/2023　　　　　　　　　**REVIEWED TIME:** 06:17:01

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000071371**

**PAGE:** 22
**PROCESSED:** 01/14/2024  09:49
**REQUESTOR:** Y. Thao

*Cavanaugh* [handwritten signature]

**STAFF NARRATIVE**

**STAFF NAME:** Hord, ▮
**CREATED DATE:** 12/06/2023

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 18:09:16

**NARRATIVE**

On Wednesday, December 6, 2023, at approximately 0934 hours, while conducting my duties as A Program Sergeant (Sgt.) RHU 1, wearing Body Worn Camera (BWC) #220363, I was conducting my duties when I heard over the state institutional radio, a call for a Code 1, resistive inmate in the A2 rotunda. As I entered A2 Block from the yard door, I observed inmate ARTEAGA, (V29993, A2-127L), identified via Strategic Offender Management System (SOMS), laying in a prone position, with Officer C. Cavanaugh and Officer R. Zurita kneeling on each side of ARTEAGA, as he was not being resistive at this time. More specifically, Officer Cavanaugh was kneeling to the right side of ARTEAGA, maintaining control of both legs, without any downward force. Officer Zurita was kneeling to the left of ARTEAGA, who was maintaining control with both hands on ARTEAGA's left upper back and without any downward force. ARTEAGA did not appear agitated, and I ordered Officer Abourrabiya to relieve Officer Cavanaugh of his position. I assigned responding Officer J. Garcia to relieve Officer Zurita of his position on ARTEAGA's left side. Officer Cavanaugh and Officer Zurita would exit he area and complete CDCR medical 7219's and document any injuries that may have occurred. Officer Garcia and Officer Abourrabiya assisted ARTEAGA to his feet without incident. Responding medical completed a CDCR 7219 on inmate ARTEAGA and documented their findings. Officer Abourrabiya and Officer Garcia escorted ARTEAGA back to his assigned cell without further incident. Through investigation, it was discovered inmate ARTEAGA battered inmate SAAVEDRA, (BB2768, A2-102L) identified via Strategic Offender Management System (SOMS), by kicking SAAVEDRA from behind. A medical CDCR 7219 was completed on SAAVEDRA and documented any findings. This concludes my involvement in this incident.

C. Hord
**STAFF SIGNATURE**

**DATE:** 12/06/2023

**BADGE #:** 87184

**PERNR:** ▮

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/07/2023

**REVIEWED BY STAFF:** Stratton, ▮
**REVIEWED TIME:** 06:16:38

---

**STAFF NAME:** Tran, ▮
**CREATED DATE:** 12/26/2023

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 11:48:07

**NARRATIVE**

On December 26, 2023 at approximately 1130 hours, while performing my duties as Investigative Services Unit (ISU) 214061 ISU Officer 11, I downloaded all available Audio Visual Surveillance System (AVSS) as well as Body-Worn Camera (BWC) footage that was requested pertaining to Incident Report 71371 on Facility A from AVSS cameras, SAC_AHU12_1065, SAC_AHU12_1066, SAC_AHU12_1064 and Body-Worn Cameras, A PROGRAM SGT PSU 220363, A 2 FLR 2 221022, HCA A 2 ESCRT PSU 3 223023, A Yard Spare 01 000000, A 2 SEC PAT 1 221024, HCA A 2 ESCRT PSU 4 223024, A Yard Spare 16 000000, A 2 CNTRL 1 221020 onto the Neptune Intelligent Computer Engineering (NICE) Investigate application. This concludes my involvement in this incident.

W. Tran
**STAFF SIGNATURE**

**DATE:** 12/26/2023

**BADGE #:** 91068

**PERNR:** ▮

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/26/2023

**REVIEWED BY STAFF:** Stratton, ▮
**REVIEWED TIME:** 16:15:11

**CDCR**                         **INCIDENT REPORT PACKAGE**                    **PAGE:**  21
**REPORT NO. IRTR161 - 12**                                                     **PROCESSED:** 01/14/2024  09:49
                          **INCIDENT LOG NUMBER: 000000000071371**             **REQUESTOR:** Y. Thao

## STAFF NARRATIVE

**STAFF NAME:** Stratton, ███                          **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 12/07/2023                            **CREATED TIME:** 06:50:41

### NARRATIVE

On Wednesday, December 6, 2023, at approximately 0934 hours, inmate ARTEAGA (V29993, FA2-127l) was in violation of California Code Of Regulations, Section 3005 (d)(1), for the specific act of Battery on an Inmate, resulting in the Use of Force (Physical). The victim was Inmate SAAVEDRA (BB2768, FA2-102L).

Specifically, Officer C. Cavanaugh was escorting ARTEAGA back to his assigned housing through the A2 Yard door. Officer Bartlett was escorting inmate SAAVEDRA to a medical appointment and faced SAAVEDRA away from the incoming ARTEAGA escort toward the dining door. As Officer Cavanaugh escorted ARTEAGA into the building, ARTEAGA suddenly kicked SAAVEDRA in the right leg. Officer Cavanaugh and Officer R. Zuritaalcantar utilized immediate physical force and forced ARTEAGA backwards on the floor and into a prone position. The force was effective as ARTEAGA ceased his attack.

Responding staff arrived and escorted ARTEAGA back to his assigned cell without further incident.

A Medical Report of Injury or Unusual Occurrence (CDCR 7219) was completed Officer Cavanaugh noting pain and reddened area to left elbow and right knee. A Medical Report of Injury or Unusual Occurrence (CDCR 7219) was completed Officer Zurita noting pain and reddened area to left and right knees.
A Medical Report of Injury or Unusual Occurrence (CDCR 7219) was completed for inmate SAAVEDRA notating no injuries.

A Medical Report of Injury or Unusual Occurrence (CDCR 7219) was completed for ARTEAGA noting pain to his head.
ARTEAGA will receive a Rules Violation Report for violation of CCR Title 15 Section 3005(d)(1) for the specific act of Battery on an Inmate.

Due to ARTEAGA's participation in the Mental Health Services Delivery System (MHSDS) at the Enhanced Outpatient Patient (EOP) level of care, a Mental Health Referral Chrono (CDCR 128-MH5) was submitted and distributed.

. Investigative Services Unit (ISU) staff downloaded Audio/Video Surveillance and Body Worn Camera video of the incident to a compact-disc (CD) and processed the CD into ISU Evidence.

All appropriate Administrative Staff and the Institutional District Attorney's Investigators were notified of this incident via email and with the submission of this report.

D. Stratton                                              **DATE:** 12/27/2023
———————————————————————
STAFF SIGNATURE

                 **BADGE #:** 86034                      **PERNR:** ███

           **NARRATIVE REVIEWED:** Yes                   **REVIEWED BY STAFF:** Arana, ███
              **REVIEWED DATE:** 12/27/2023              **REVIEWED TIME:** 07:57:15

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**PAGE:** 28

**INCIDENT LOG NUMBER: 000000000071371**

**PROCESSED:** 01/14/2024  09:49
**REQUESTOR:** Y. Thao

### STAFF NARRATIVE

**STAFF NAME:** Zuritaalcantar, ▮▮▮
**CREATED DATE:** 12/06/2023

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 17:13:12

#### NARRATIVE

On Wednesday, December 06, 2023, at approximately 0934 hours, while performing my duties as HCA A 2 Escort PSU 3 officer, I was standing in the entrance of A Facility Building 2. The yard door opened, Officer S. Bartlett and Officer E. Ochoa who were escorting Inmate SAAVEDRA (BB2769, A2-102), later identified through the Strategic Offender Management System (SOMS), had to move out of the way for an escort coming into the building. Officer C. Cavanaugh was escorting Inmate ARTEAGA (V29993, A2-127), later identified through the Strategic Offender Management System (SOMS), suddenly without any warning attempted to assault Inmate SAAVEDRA by kicking him. I am unable to ascertain if Inmate ARTEAGA made contact with SAAVEDRA. Fearing for my safety and other Officers around me, to overcome resistance, and subdue an attacker, I placed both of my hands on ARTEAGA's upper left side of his body and utilized my body weight and downward momentum to force ARTEAGA prone on his stomach. Once on the floor ARTEAGA was not resisting and my use of force was effective. Due to the speed of the incident and my focus on ARTEAGA I did not observe Officer Cavanaugh's hand placements, or the type of force being used. Officer J. Garcia relieved me and Officer E. Abourrabiya relieved Officer Cavanaugh. I egressed to the outside of A Facility Building 2 where medical performed a medical evaluation on me and documented their findings on a CDCR 7219 medical report of injury. This concludes my involvement in this incident.

BWC 223023

R. Zuritaalcantar
STAFF SIGNATURE

**DATE:** 12/06/2023

**BADGE #:** 97312

**PERNR:** ▮▮▮

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 12/06/2023

**REVIEWED BY STAFF:** Hord, ▮▮▮
**REVIEWED TIME:** 17:42:23

**CDCR**                                    **INCIDENT REPORT PACKAGE**                    **PAGE:** 25
**REPORT NO. IRTR161 - 12**                                                                **PROCESSED:** 01/14/2024 09:49
                                    **INCIDENT LOG NUMBER: 000000000071371**              **REQUESTOR:** Y. Thao

### STAFF NARRATIVE

---

**STAFF NAME:** Bartlett, ███                          **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 12/06/2023                            **CREATED TIME:** 14:13:18

#### NARRATIVE

On Tuesday, December 06, 2023, at approximately 0934 hours while performing my duties as Health Care Access A2 Escort RH MH 4 Officer (BWC#223024), Officer E. Ochoa and I were escorting Inmate SAAVEDRA (BB2768/FA2-102) identified by Strategic Offenders Management System (SOMS) to Building 50 for a medical appointment from A2. We were waiting at the yard door to exit the building, SAAVEDRA was talking to Officer A. Zurita about canteen when another escort was coming into the block. I moved SAAVEDRA away from the yard door to face the dining room door away from the escort. As Officer C. Cavanaugh was escorting Inmate ARTEAGA (V29993/FA2-127), later identified in (SOMS), by us I heard a loud commotion behind me and turned and saw ARTEAGA laying face down and Zurita on ARTEAGA's left upper body and Cavanaugh on ARTEAGA's right side by his legs. ARTEAGA was not resisting at this time. Due to my focus on maintaining control of SAAVEDRA I did not see their hand placement or if any force had been used. I immediately escorted SAAVEDRA out the yard door and away from the incident. SAAVEDRA was compliant and not resistive during this incident. SAAVEDRA informed me at this time that he had been kicked by ARTEAGA. At no time did SAAVEDRA react to being kicked. Sergeant Hord responded to the incident, and I informed him we would take SAAVEDRA to Building 50 to have a 7219 completed. Medical staff completed a 7219 medical evaluation form. That end my involvement in this incident.
 Per #6521

S. Bartlett                                             **DATE:** 12/06/2023
STAFF SIGNATURE

**BADGE #:** 77133                                      **PERNR:** ███

**NARRATIVE REVIEWED:** Yes                            **REVIEWED BY STAFF:** Hord, ███
**REVIEWED DATE:** 12/06/2023                          **REVIEWED TIME:** 17:37:04

---

**STAFF NAME:** Bartlett, ███                          **NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 12/07/2023                            **CREATED TIME:** 06:35:59

#### NARRATIVE

Please clarify what day of the week, the incident took place?


The incident took place Wednesday 12/06/2023 .

S. Bartlett                                             **DATE:** 12/07/2023
STAFF SIGNATURE

**BADGE #:** 77133                                      **PERNR:** ███

**NARRATIVE REVIEWED:** Yes                            **REVIEWED BY STAFF:** Hord, ███
**REVIEWED DATE:** 12/10/2023                          **REVIEWED TIME:** 16:11:17